In the Matter of the Accounting of RAMON MOSTEIRO, as Sole Surviving Executor of JUAN A. LOPEZ, Deceased. ANTONIO R. FREIRE, as Ancillary Executor of CASIMIRO CALZA, Deceased, Respondent; CARMEN L. GARCIA, Individually and as Administratrix of the Estate of JUAN A. LOPEZ, Deceased, Appellant.

Submitted July 13, 1953; decided July 14, 1953.

Motion for reargument of motion to dismiss appeal denied. [See 305 N. Y. 737.]